IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY SHIELDS,

    Plaintiff,

    v.                                        3:23-cv-00031-jdp

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand from the court, the Appeals Council will order the ALJ to reevaluate the evidence; reassess the RFC; grant Plaintiff a new hearing; if warranted, obtain vocational expert evidence to assess whether there are jobs in significant

1

numbers in the national economy that Plaintiff could still do; and issue a new decision.

SO ORDERED this _14_ day of _JUNE_ 2023.

BY THE COURT:

_____
HONORABLE JAMES D. PETERSON
United States District Judge